BRIDGESTONE/FIRESTONE, INC. v. OGDEN PLANT MAINT. CO. OF N.C.

[355 N.C. 274 (2002)]

BRIDGESTONE/FIRESTONE, INC. v. OGDEN PLANT MAINTENANCE COMPANY OF NORTH CAROLINA AND THE BUDD GROUP, INC.

No. 439A01

(Filed 7 March 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 144 N.C. App. 503, 548 S.E.2d 807 (2001), reversing and remanding an order signed 12 February 2000 by Duke, J., in Superior Court, Wilson County. Heard in the Supreme Court 12 February 2002.

*Young Moore and Henderson P.A., by David M. Duke; and Womble Carlyle Sandridge & Rice, P.L.L.C., by Jerry S. Alvis, for plaintiff-appellee.*

*Ragsdale Liggett PLLC, by George R. Ragsdale and Walter L. Tippett, Jr.; and Yates, McLamb & Weyher, L.L.P., by Rodney E. Pettey, for defendant-appellants.*

PER CURIAM.

AFFIRMED.